## KW Contractors, Inc. *v.* Colossale Concrete, Inc., et al. (12684)

O'Connell, Foti and Lavery, Js.

Submitted on briefs September 16—decision released October 4, 1994

*Otto P. Witt* filed a brief for the appellants (defendants).

*Mona E. Herman* and *Mark J. Ferraro* filed a brief for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.